# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re DAVID M. GREEN,<br>　　　　　　　　　　Debtor<br>_____<br>LESLIE T. GLADSTONE, *Trustee*,<br>　　　　　　　　　　Appellant,<br>v.<br>U.S. BANCORP, U.S. BANK NATIONAL ASSOC., COVENTRY FIRST, LLC,<br>　　　　　　　　　　Appellees. | Case No.: 12-cv-424-CAB (BLM)<br><br>**ORDER REMANDING CASE TO THE BANKRUPTCY COURT** |

　　Earlier today, this court received and docketed the mandate from the Ninth Circuit Court of Appeals in this matter.  The Ninth Circuit affirmed this court's order, dated April 18, 2013.  [Doc. No. 11.]  Consistent with the Ninth Circuit's opinion and this court's order, this matter is remanded to the United States Bankruptcy Court for the Southern District of California.

　　**IT IS SO ORDERED.**

Dated:  February 2, 2016

_____
Hon. Cathy Ann Bencivengo
United States District Judge